# Court of Appeals
# of the State of Georgia

ATLANTA,  May 02, 2019

*The Court of Appeals hereby passes the following order:*

**A19E0043. CHATMAN v. THE STATE.**

On April 6, 2019, Appellant Stephaine Chatman filed the instant emergency motion in this Court, seeking an order instructing the clerk of the Hancock Superior Court to transmit the records in her criminal case to this Court. This Court has since received the records, and Chatman's appeal has been docketed to the August 2019 term. Accordingly, Chatman's emergency motion, which is now duplicative of the direct appeal docketed as Case No. A19A1848, is DISMISSED as moot.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/02/2019*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*